UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIANA DUBE, individually on behalf of herself
and all others similarly situated,

                       Plaintiff,                    **ORDER**
                                                     CV 17-1510 (LDW)(ARL)

      -against-

REXALL SUNDOWN, INC.,

                       Defendant.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the Court is the parties' stipulated protective order. ECF. No. 27. The proposed order is adopted by the Court. However, the Court wants to make clear that any party seeking to file a document under seal or to seal information used during hearings or at trial, must first make a separate motion, specifying precisely what the party wishes to keep under seal and making a particularized showing of good cause as to why the Court should depart from the strong presumption against sealing any court records to public inspection. *See Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 597-99 (1978); *United States v. Graham*, 257 F.3d 143, 150 (2d Cir. 2001). Upon a showing of compelling circumstances, this Court may order certain records to be sealed based on the undersigned's document-by-document review of the particular portions of the document that a party wishes to be kept under seal and after considering whether the requested order is no broader than necessary to serve the interests that require protection. *See United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995).

Dated: Central Islip, New York                SO ORDERED:
        March 14, 2018

                                                        _____/s_____
                                                          ARLENE R. LINDSAY
                                                           United States Magistrate Judge