FILED
CLERK

6/18/2018 10:50 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Briana Dube,
*individually on behalf of herself and all others similarly situated*,

          Plaintiff,

v.

Rexall Sundown, Inc.

          Defendant.

2:17-cv-01510-JMA-ARL

**Stipulation of Dismissal without Prejudice**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action without prejudice with each side bearing its fees and costs.

Date: June 14, 2018

Respectfully and Jointly Submitted,

For the Defendant:

By: _____
Dale J. Giali, Esq.
Keri E. Borders, Esq.
Daniel D. Queen, Esq.
Rebecca B. Johns, Esq.
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-5123
Fax: (213) 625-0248
dgiali@mayerbrown.com
kborders@mayerbrown.com
dqueen@mayerbrown.com
rjohns@mayerbrown.com

For the Plaintiff:

By: _____
Michael R. Reese
George V. Granade
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Tel: (212) 643-0500
Fax:(212) 253-4272
mreese@reesellp.com
ggranade@reesellp.com

Jason P. Sultzer
Joseph Lipari
Adam Gonnelli
THE SULTZER LAW GROUP, P.C.
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
gonnellia@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com

Case closed.
SO ORDERED.
/s/ JMA, USDJ
6/18/2018

AMECURRENT 725146022.1 27-Apr-18 14:45

Melissa S. Weiner
Amy E. Boyle
HALUNEN LAW
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 605-4098
Fax: (612) 605-4099
weiner@halunenlaw.com
boyle@halunenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2018, I caused a true and correct copy of the foregoing Stipulation of Dismissal without Prejudice to be served via CM/ECF on all counsel of record.

>/s/ *Dale J. Giali*
>Dale J. Giali

725460133